**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 22-cv-01229-RMR

Sean Vassel
    Plaintiff,

v.

Littleton Auto Repair LLC, and
Ken Scholl, an individual
    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the ORDER of Judge Regina M. Rodriguez entered on February 21, 2024, [ECF No. 24] it is

ORDERED that default judgment is entered in favor of the Plaintiff, Sean Vassel, and against the Defendants, Littleton Auto Repair and Ken Scholl in the amount of $37,932.41.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 4.94 percent from the date of entry of judgment.

FURTHER ORDERED that the Plaintiff is awarded costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated at Denver, Colorado this 21th day of February, 2024.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/  K. Myhaver
                              K Myhaver
                              Deputy Clerk