**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No. 1:22-cv-1229-RMR

SEAN VASSEL,

      Plaintiff,

v.

LITTLETON AUTO REPAIR LLC, and KEN SCHOLL, an individual,

      Defendants.

---

## AMENDED JUDGMENT

---

Pursuant to the Orders entered on February 21, 2024, and December 19, 2024, [ECF Nos. 24, 30] the following judgment is hereby entered:

Judgment is entered in favor of the Plaintiff, Sean Vassel, and against the Defendants, Littleton Auto Repair LLC and Ken Scholl, jointly and severally, in the amount of **$50,121.45**, consisting of the judgment in favor of the Plaintiff in the amount of $37,932.41, plus attorneys' fees and costs in the amount of $12,189.04. Further, post-judgment interest shall accrue at the federal statutory rate on $37,932.41 from February 21, 2024, and on $12,189.04 from December 19, 2024.

DATE: May 22, 2025

BY THE COURT:

_____
Hon. Regina M. Rodriguez
United States District Judge